# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| JOHN KRAJACIC §<br>　Plaintiff, §<br>§<br>v. §<br>§<br>PHILIPS ELECTRONICS NORTH §<br>AMERICA CORPORATION; §<br>PHILIPS ELECTRONICS NORTH §<br>AMERICA CORPORATION D/B/A §<br>RAYTEL CARDIAC SERVICES INC.; §<br>AND PHILIPS ELECTRONICS NORTH §<br>AMERICA CORPORATION D/B/A §<br>PHILIPS REMOTE CARDIAC SERVICES §<br>　Defendants. § | Case No. 2:12-cv-00772-GW-AJW<br><br><br>ORDER REGARDING<br>JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE<br><br>JS-6 |

Plaintiff John Krajacic ("Plaintiff") and Defendants Philips Electronics North America Corporation and Philips Raytel Cardiac Services, Inc. have presented to this Court a Joint Stipulation of Dismissal With Prejudice (Dkt. Entry 10).

Good cause appearing therefore, the Court hereby adopts the parties' stipulation and orders as follows:.

1. All claims in this action are dismissed.

2. Each party shall bear their own costs and attorney's fees.

3. This dismissal is with prejudice to refiling.

IT IS SO ORDERED.

Dated:  December 14, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

[PROPPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE