1

2

3

4

5

6

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | | |
|---|---|---|
| **JOHN KRAJACIC** | § | |
| **Plaintiff,** | § | **Case No. 2:12-cv-00772-GW-AJW** |
| | § | |
| **v.** | § | |
| | § | |
| **PHILIPS ELECTRONICS NORTH** | § | |
| **AMERICA CORPORATION;** | § | |
| **PHILIPS ELECTRONICS NORTH** | § | **ORDER REGARDING** |
| **AMERICA CORPORATION D/B/A** | § | **JOINT STIPULATION OF** |
| **RAYTEL CARDIAC SERVICES INC.;** | § | **DISMISSAL WITH PREJUDICE** |
| **AND PHILIPS ELECTRONICS NORTH** | § | |
| **AMERICA CORPORATION D/B/A** | § | |
| **PHILIPS REMOTE CARDIAC SERVICES** | § | JS-6 |
| **Defendants.** | § | |

Plaintiff John Krajacic ("Plaintiff") and Defendants Philips Electronics North America Corporation and Philips Raytel Cardiac Services, Inc. have presented to this Court a Joint Stipulation of Dismissal With Prejudice (Dkt. Entry 10).

Good cause appearing therefore, the Court hereby adopts the parties' stipulation and orders as follows:.

1.    All claims in this action are dismissed.

2.    Each party shall bear their own costs and attorney's fees.

3.    This dismissal is with prejudice to refiling.

IT IS SO ORDERED.

Dated:  December 14, 2012

_____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE